**FORM 2**
**COVER SHEET**

# In The United States Court of Federal Claims

Cover Sheet

04-0100C

Plaintiff(s) or Petitioner(s) Texas Genco, LP

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): Jerry Stouck

Firm Name: Spriggs & Hollingsworth

Post Office Box:

Street Address: 1350 I Street, N.W., 9th Floor

City-State-Zip: Washington, D.C. 20005

Telephone & Facsimile Numbers: (202) 898-5800 phone (202) 682-1639 fax

Is the attorney of record admitted to the Court of Federal Claims Bar? Yes

If **NO**, please call (202) 219-9630 for admission papers and instructions.

Nature of Suit Code: [1] [3] [4]

Select only one (three digit) nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Agency Identification Code: [D] [O] [E]

See attached sheet for three digit codes.

Amount Claimed: $ To be determined at trial

Use estimate if specific amount is not pleaded.

Vaccination Date (vaccine cases only) N/A

If this is case directly related to any pending or previous case, you are required to file a separate notice of directly related case(s). See RCFC 40.2.

**FORM 2**

**COVER SHEET (CONTINUED)**

# In The United States Court of Federal Claims

List of Plaintiffs

1. AEP Texas Central Company
2. City of Austin, Texas, Acting Through Its Electric Department, Austin Energy
3. City of San Antonio, Texas, Acting Through the Public Service Board of San Antonio
4. Texas GENCO, LP