ORIGINAL

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

FILED
JAN 2 8 2004
U.S. COURT OF FEDERAL CLAIMS

TEXAS GENCO, LP

AEP TEXAS CENTRAL COMPANY

CITY OF AUSTIN, TEXAS,

CITY OF SAN ANTONIO, TEXAS, ACTING THROUGH THE PUBLIC SERVICE BOARD OF SAN ANTONIO

Plaintiffs,

v.

UNITED STATES OF AMERICA,

Defendant.

No. 04-0100C

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to RCFC 7.1, Plaintiffs Texas Genco, LP; AEP Texas Central Company; City of Austin, Texas ("Austin"); and City of San Antonio, Texas, acting through the City Public Service Board of San Antonio ("San Antonio"), submit the following corporate disclosure statement.

*Any parent corporation and any publicly held corporation that owns 10% or more of its stock:*

Plaintiff, Texas Genco, LP is owned by Texas Genco, GP, LLC (its general partner) and Texas Genco, LP, LLC (its limited partner). Texas Genco Holdings, Inc., Utility Holding, LLC, and CenterPoint Energy, Inc., are parents of Texas Genco, GP, LLC and Texas Genco, LP, LLC. Texas Genco Holdings, Inc. and CenterPoint Energy, Inc. are publicly traded.

Plaintiff, AEP Texas Central Company is a wholly-owned subsidiary of American Electric Power Company, Inc., which is publicly traded.

Plaintiffs, Austin and San Antonio, are governmental bodies.

Respectfully submitted,

Jerry Stouck/by Peter Skalaban

JERRY STOUCK
Spriggs & Hollingsworth
1350 I Street, N.W., Ninth Floor
Washington, D.C. 20005
(202) 898-5800
(202) 682-1639 (Fax)
*Counsel for Plaintiffs*
TEXAS GENCO, LP; AEP TEXAS CENTRAL COMPANY; CITY OF AUSTIN, TEXAS; AND CITY OF SAN ANTONIO, TEXAS, ACTING THROUGH THE PUBLIC SERVICE BOARD OF SAN ANTONIO

January 28, 2004

Of Counsel:
Robert L. Shapiro
Peter J. Skalaban, Jr.
SPRIGGS & HOLLINGSWORTH