# In the United States Court of Federal Claims

No. 04-100C
(Filed July 30, 2004)

* * * * * * * * * * * * * * * * * * * * * * * * *

**TEXAS GENCO, LP,**

**AEP TEXAS CENTRAL COMPANY,**

**CITY OF AUSTIN, TEXAS,**

**CITY OF SAN ANTONIO, TEXAS, ACTING THROUGH THE PUBLIC SERVICE BOARD OF SAN ANTONIO,**

Plaintiffs,

v.

**THE UNITED STATES,**

Defendant

* * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

The Court has reviewed the parties' Joint Preliminary Status Report filed July 19, 2004. The Court will hold a status conference in this matter via telephone on Tuesday, September 7, 2004, at 9:30 a.m.

**IT IS SO ORDERED.**

/S/ Victor J. Wolski

**VICTOR J. WOLSKI**
Judge