# In the United States Court of Federal Claims

No. 04-100C
(Filed September 9, 2004)

* * * * * * * * * * * * * * * * * * * * * * * * *

**TEXAS GENCO, LP,**

**AEP TEXAS CENTRAL COMPANY,**

**CITY OF AUSTIN, TEXAS,**

**CITY OF SAN ANTONIO, TEXAS, ACTING THROUGH THE PUBLIC SERVICE BOARD OF SAN ANTONIO,**

Plaintiffs,

v.

**THE UNITED STATES,**

Defendant.

* * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

On Thursday, September 9, 2004, the Court held a status conference by telephone in this matter. As requested in the parties' joint preliminary status report, and discussed during the above-referenced conference, the Court hereby **STAYS** the proceedings in this case through January 31, 2005. Notwithstanding this stay, the parties shall file with the Court joint motions for issuance of a protective order and issuance of an e-mail preservation order.

The parties shall file a joint status report on or before January 14, 2005. A further status conference in this matter will be held by telephone on January 18, 2005, at 10:00 a.m.

**IT IS SO ORDERED.**

/S/ Victor J. Wolski

**VICTOR J. WOLSKI**
Judge