IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| TEXAS GENCO, LP<br><br>AEP TEXAS CENTRAL COMPANY<br><br>CITY OF AUSTIN, TEXAS<br><br>CITY OF SAN ANTONIO, TEXAS, ACTING THROUGH THE PUBLIC SERVICE BOARD OF SAN ANTONIO,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | No. 04-100C<br><br>(Judge Wolski) |

JOINT STATUS REPORT AND MOTION TO EXTEND THE EXISTING STAY UNTIL THE FEDERAL CIRCUIT ISSUES A DECISION IN INDIANA MICHIGAN v. UNITED STATES

Pursuant to this Court's order dated September 9, 2004, the parties submit this joint status report and motion to continue the stay of all proceedings in this case until the Federal Circuit issues a decision in *Indiana Michigan Power Co. v. United States*, No. 04-5122 (Fed. Cir.).

By order dated September 9, the Court stayed proceedings in this spent nuclear fuel ("SNF") breach of contract damages case until January 31, 2005. All parties agreed that a stay was appropriate. At this time, an extension of that stay is appropriate because *Indiana Michigan*, as well as other earlier-filed SNF cases, may address issues that are implicated in this case. Moreover, developments in other, earlier-filed SNF cases may streamline issues relating to various defenses and theories that the government has been advancing in the SNF

cases, and promote efficiency in the resolution of this case. For the foregoing reasons, the parties move to extend the current stay of all proceedings until the Federal Circuit's panel decision in *Indiana Michigan Power Co. v. United States*, No. 04-5122 (Fed. Cir.).[1]

The parties are mindful of the hearing scheduled for January 18, 2005 and would be pleased to address this motion at that time. Alternatively, if the court grants this motion a hearing may be unnecessary.

[1] In the meantime, however, consistent with the Court's order of September 9 the parties will file joint motions for issuance of a protective order and issuance of an e-mail preservation order.

December 22, 2004

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Harold Lester, Jr. by s/ Jerry Stouck
HAROLD D. LESTER, JR.
Assistant Director

s/ Kevin B. Crawford by s/ Jerry Stouck
KEVIN B. CRAWFORD
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 305-7562
Fax: (202) 307-2503

Attorneys for Defendant

OF COUNSEL:
JANE K. TAYLOR
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., S.W.
Washington, D.C. 20585

s/ Jerry Stouck
JERRY STOUCK
Spriggs & Hollingsworth
1350 I Street, N.W., Ninth Floor
Washington, D.C. 20005
(202) 898-5800
(202) 682-1639 (Fax)

Attorneys for Plaintiffs
Texas Genco, LP; AEP Texas Central Company; City of Austin, Texas; and City of San Antonio, Texas, acting through the Public Service Board of San Antonio

OF COUNSEL:
Robert L. Shapiro
Peter J. Skalaban, Jr.
SPRIGGS & HOLLINGSWORTH