# In the United States Court of Federal Claims

No. 04-100C
(Filed December 28, 2004)

* * * * * * * * * * * * * * * * * * * * * * * * *

**TEXAS GENCO, LP,**

**AEP TEXAS CENTRAL COMPANY,**

**CITY OF AUSTIN, TEXAS,**

**CITY OF SAN ANTONIO, TEXAS, ACTING THROUGH THE PUBLIC SERVICE BOARD OF SAN ANTONIO,**

Plaintiffs,

v.

**THE UNITED STATES,**

Defendant.

* * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

On December, 22, 2004, the parties filed a Joint Status Report and Motion to Extend in which they requested that the stay in this case be extended until the U. S. Court of Appeals for the Federal Circuit issues a decision in *Indiana Michigan Power Co. v. United States*, No. 04-5122. The Court hereby **GRANTS** the parties' Motion. The parties shall file a Joint Status Report within thirty days of the Federal Circuit's decision in *Indiana Michigan Power Co v. United States*. The status conference scheduled for Tuesday, January 18, 2005, is hereby cancelled.

**IT IS SO ORDERED.**

/S/ Victor J. Wolski

**VICTOR J. WOLSKI**
Judge