IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TEXAS GENCO, LP, et al.,, Plaintiff, | ) | No. 04-100C |
| v. | ) | (Judge Victor J. Wolski) |
| UNITED STATES, Defendant. | ) | File Electronically October 11, 2005 |

JOINT MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rules of the United States Court of Federal Claims ("RCFC") 6 and 6.1, the parties respectfully request an additional 52 days in which to file their Joint Status Report required pursuant to this Court's December 28, 2004 Order. This is the first request for an enlargement of time for this purpose. This Court's Order of December 28, 2004 provides that within 30 days of a Federal Circuit decision in *Indiana Michigan Power Co. v. United States,* Nos. 04-5122 & -5139 (Fed. Cir.), the parties are to file a Joint Status Report. That decision was issued on September 9, 2005. *Indiana Michigan Power Co. v. United States,* 2005 WL 2173563 (Fed. Cir.) Accordingly, the parties' Joint Status Report is currently due on October 11, 2005.

Because the Federal Circuit's decision has the potential to significantly affect how the parties will wish to proceed in this case, we require additional time to determine how best to proceed in light of the decision and confer upon the development of an informative joint status report. In addition, the time period within which either party to *Indiana Michigan* may seek reconsideration and/or rehearing of the Federal Circuit's

decision in that case does not expire until October 24, 2005, and that the Federal Circuit's mandate will not issue until after that deadline passes.

An enlargement of time of 52 days will provide the parties with sufficient time to determine whether further proceedings will be sought in *Indiana Michigan*, and accordingly how best to proceed in the above-captioned matter. Therefore, the parties jointly request an enlargement of 52 calendar days through December 2, 2005 in which to submit their Joint Status Report.

Respectfully submitted,

s/
JERRY STOUCK
GREENBERG TRAURIG, LLP
800 Connecticut Ave., NW., Ste. 500
Washington, DC 20006
(202) 331-3173
(202) 331-3101 (fax)
Counsel for Plaintiffs

Attorney for Plaintiffs

Of Counsel:
Robert L. Shapiro
GREENBERG TRAURIG, LLP

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

HAROLD D. LESTER, JR.
Assistant Director

s/
KEVIN B. CRAWFORD
Trial Attorney
Civil Division
Commercial Litigation
U.S. Department of Justice
1100 L Street, NW
8TH Floor
Washington, DC 20005
(202) 305-9640
(202) 307-2503 (fax)

Attorneys for Defendant

October 11, 2005