# In the United States Court of Federal Claims

No. 04-100C
(Filed October 25, 2005)

* * * * * * * * * * * * * * * * * * * * * * * * *

**TEXAS GENCO, LP,**

**AEP TEXAS CENTRAL COMPANY**,

**CITY OF AUSTIN, TEXAS**,

**CITY OF SAN ANTONIO, TEXAS**,
**ACTING THROUGH THE PUBLIC SERVICE BOARD OF SAN ANTONIO,**

Plaintiffs,

v.

**THE UNITED STATES,**

Defendant.

* * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

The Court has received and reviewed the parties' joint motion for enlargement of time in which to file their joint status report. The Court hereby **GRANTS** the parties' request for an extension of fifty-two (52) days. The parties shall file their joint status report on or by December 2, 2005.

**IT IS SO ORDERED.**

s/ Victor J. Wolski
**VICTOR J. WOLSKI**
Judge