# In the United States Court of Federal Claims

No. 04-100C
(Filed December 9, 2005)

* * * * * * * * * * * * * * * * * * * * * * * * *

**TEXAS GENCO, LP,**

**AEP TEXAS CENTRAL COMPANY**,

**CITY OF AUSTIN, TEXAS**,

**CITY OF SAN ANTONIO, TEXAS**, **ACTING THROUGH THE PUBLIC SERVICE BOARD OF SAN ANTONIO,**

Plaintiffs,

v.

**THE UNITED STATES,**

Defendant.

* * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

The Court has received and reviewed the parties' joint status report, dated December 2, 2005, which contains a request for an extension of the stay of proceedings. For good cause shown, this request is GRANTED. The stay of proceedings in this case is hereby extended through December 1, 2006. The parties shall file a joint status report on or by December 1, 2006, with recommendations for further proceedings.

**IT IS SO ORDERED.**

s/ Victor J. Wolski
**VICTOR J. WOLSKI**
Judge