# In the United States Court of Federal Claims

No. 04-100C
(Filed December 4, 2006)

* * * * * * * * * * * * * * * * * * * * * * * * *

**TEXAS GENCO, LP,**

**AEP TEXAS CENTRAL COMPANY**,

**CITY OF AUSTIN, TEXAS**,

**CITY OF SAN ANTONIO, TEXAS**, **ACTING THROUGH THE PUBLIC SERVICE BOARD OF SAN ANTONIO,**

Plaintiffs,

v.

**THE UNITED STATES,**

Defendant.

* * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The Court has reviewed the parties' joint status report dated December 1, 2006, which contains a request to continue the stay of proceedings in this case. For good cause shown, the request is **GRANTED**. The stay of proceedings in this case is hereby extended through **December 4, 2007**. The parties shall file a joint status report on or before that date, apprising the Court on how the parties wish to proceed in this case.

**IT IS SO ORDERED.**

s/ Victor J. Wolski
**VICTOR J. WOLSKI**
Judge