# In the United States Court of Federal Claims

No. 04-100C
(Filed December 6, 2007)

| | |
|---|---|
| **TEXAS GENCO, LP,** | |
| **AEP TEXAS CENTRAL COMPANY**, | |
| **CITY OF AUSTIN, TEXAS**, | |
| **CITY OF SAN ANTONIO, TEXAS**, **ACTING THROUGH THE PUBLIC SERVICE BOARD OF SAN ANTONIO,** | |
| Plaintiffs, | |
| v. | |
| **THE UNITED STATES,** | |
| Defendant. | |

## ORDER

The Court has reviewed the parties' joint status report dated December 4, 2007, which contains a request to continue the stay of proceedings in this case. For good cause shown, the request is **GRANTED**. The stay of proceedings in this case is hereby extended through **September 2, 2008**. The parties shall file a joint status report on or before that date to apprise the Court on how they wish to proceed.

**IT IS SO ORDERED.**

s/ Victor J. Wolski
**VICTOR J. WOLSKI**
Judge