**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| TEXAS GENCO, LP,<br><br>AEP TEXAS CENTRAL COMPANY,<br><br>CITY OF AUSTIN, TEXAS,<br><br>CITY OF SAN ANTONIO, TEXAS, ACTING THROUGH THE PUBLIC SERVICE BOARD OF SAN ANTONIO,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | No. 04-100C<br><br>(Judge Wolski)<br><br>Filed electronically: December 13, 2007 |

**NOTICE OF CHANGE OF ADDRESS**

In accordance with RCFC 83.1(c)(3), the undersigned counsel for Texas Genco, LP, *et al.* hereby provides notice that his contact information has changed. The new contact information is set forth below:

Jerry Stouck
Greenberg Traurig, LLP
2101 L Street, NW Ste 1000
Washington, D.C. 20037
(202) 331-3173
(202) 261-4751 fax
stouckj@gtlaw.com

Of Counsel:
Robert Shapiro
Greenberg Traurig, LLP
2101 L Street, NW Ste 1000
Washington, D.C. 20037
(202) 331-3174
(202) 261-4752 fax
shapiror@gtlaw.com

All future communication should be addressed as such.

Dated: December 13, 2007

Respectfully submitted,

s/ Jerry Stouck

JERRY STOUCK
GREENBERG TRAURIG, LLP
2101 L Street, NW Ste 1000
Washington, D.C. 20037
(202) 331-3173
(202) 261-4751 fax
Counsel for Plaintiff
TEXAS GENCO, LP, *et al.*

Of Counsel:
Robert L. Shapiro
GREENBERG TRAURIG, LLP