IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TEXAS GENCO, LP, et al., Plaintiffs, | ) | |
| v. | ) | No. 04-100C (Judge Victor J. Wolski) |
| UNITED STATES, Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT
OF TIME FOR THE SUBMISSION OF THE PARTIES' JOINT STATUS REPORT

Pursuant to Rule 6(b) of the Rules of the Court of Federal Claims, defendant, the United States, respectfully requests a 20-day enlargement of time, to and including Monday, September 22, 2008, for the parties to file their next joint status report in this matter. Pursuant to the Court's December 6, 2007 order, the parties are presently scheduled to submit a joint status report by September 2, 2008, "to appraise the Court on how they wish to proceed" with this case, which is currently stayed. Order, at 1 (Fed. Cl. Dec. 6, 2007). Plaintiffs' counsel, Mr. Robert L. Shapiro of Greenburg Traurig LLP, has represented that plaintiffs do not oppose this request.

Our motion is necessary because the Government's attorney of record in this case, who is getting married on August 30, 2008, will be out of the country for the first two weeks of September 2008 on a honeymoon vacation. Consequently, Government counsel will not be available to participate in negotiating and drafting the parties' joint status report to ensure its filing by the current deadline. In addition, counsel for the Government's current involvement in numerous other spent nuclear fuel cases impedes defendant's ability to participate with plaintiffs in fashioning a joint status report in this case prior to the current deadline. For example, defendant is currently engaged in post-trial briefing in Dairyland Power Cooperative v. United

States, No. 04-106C (Damich, C.J.), in which trial was conducted on July 7 through July 23, 2008, and also is actively participating this month in discovery and other case-related activities in Consolidated Edison Co. of New York, Inc. v. United States, No. 04-033 (Wheeler, J.), and Entergy Nuclear Indian Point 2 LLP v. United States, No. 03-2622 (Wheeler, J.). An enlargement of 20 days, to and including September 22, 2008, will ensure that the Government is able to engage in the necessary discussions with plaintiffs' counsel "to appraise the Court on how [the parties] wish to proceed" in this case in response to the Court's scheduling order. Order, at 1 (Fed. Cl. Dec. 6, 2007).

For the foregoing reasons, defendant respectfully requests that the Court grant this unopposed motion.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Harold D. Lester, Jr.
HAROLD D. LESTER, JR.
Assistant Director

/s Patrick B. Bryan
PATRICK B. BRYAN
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Telephone: (202) 616-8299
Fax: (202) 307-2503

August 18, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 18th day of August, 2008, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME FOR THE SUBMISSION OF THE PARTIES' JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Patrick B. Bryan