# In the United States Court of Federal Claims

No. 04-100C
(Filed August 22, 2008)

* * * * * * * * * * * * * * * * * * * * * * * * *

**TEXAS GENCO, LP,**

**AEP TEXAS CENTRAL COMPANY**,

**CITY OF AUSTIN, TEXAS**,

**CITY OF SAN ANTONIO, TEXAS**, **ACTING THROUGH THE PUBLIC SERVICE BOARD OF SAN ANTONIO,**

Plaintiffs,

v.

**THE UNITED STATES,**

Defendant.

* * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

The Court has reviewed defendant's unopposed motion for an enlargement of time in which to submit the parties' joint status report dated August 18, 2008. For good cause shown, the request is **GRANTED.** The stay of proceedings in this case is hereby extended through **September 22, 2008.** The parties shall file a joint status report on or before that date to apprise the Court how they wish to proceed.

**IT IS SO ORDERED.**

s/ Victor J. Wolski
**VICTOR J. WOLSKI**
Judge