# In the United States Court of Federal Claims

No. 04-100 C
(Filed: August 22, 2008)

* * * * * * * * * * * * * * * * * * * * * * * * * * *
*
**TEXAS GENCO, LP, et al.** *
*
**Plaintiff,** *
*
**v.** *
*
**UNITED STATES,** *
*
**Defendant** *
*
* * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Pursuant to Rule 40.1(c) of the Rules of the Court of Federal Claims this case is hereby reassigned to Chief Judge Edward J. Damich.

s/Edward J. Damich
EDWARD J. DAMICH
Chief Judge