# In the United States Court of Federal Claims

**No. 04-100C**
**Filed: August 28, 2008**

**TEXAS GENCO, LP**

v.

THE UNITED STATES

**NOTICE OF REASSIGNMENT TO:**

**Judge Thomas C. Wheeler**

**Pursuant to Rule 40.1 this case has been reassigned to the above Judge for the conduct of proceedings pursuant to the Rules of the United States Court of Federal Claims.**

John S. Buckley
ACTING CLERK OF COURT